**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ERIC RAYFORD**                                                                                            **PETITIONER**

**V.**                                   **NO. 2:05CV00290 WRW**

**LINDA SANDERS, Warden,**                                                                      **RESPONDENT**
**FCI, Forrest City, AR**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered granting this 28 U.S.C. § 2241 petition for writ of habeas corpus.  Respondent is directed to:  (a) consider, within twenty days and in good faith, transferring Petitioner to a community corrections center for the last six months of his sentence, or the remainder of his sentence if less than six months remain to be served, in accordance with the factors taken into account by the Bureau of Prisons prior to its adoption of the December 2002 Policy; and (b) place Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months.

IT IS SO ORDERED this 19th day of January, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE