# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

**ERIC RAYFORD**                                                                         **PETITIONER**

**V.**                     **NO. 2:05CV00290 WRW**

**LINDA SANDERS, Warden,**                                            **RESPONDENT**
**FCI - Forrest City**

### ORDER

Respondent has submitted a reply informing the Court of the steps it took to determine Petitioner's CCC placement (Doc. No. 15).

Petitioner is directed to respond to Respondent's reply. He should explain, in detail, what Respondent has failed to do, if Petitioner contends that Respondent's reply is not accurate.

Petitioner's response must be filed by 5 p.m., Tuesday, March 21, 2006.

The Clerk of the Court is directed to send Petitioner a copy of Respondent's reply along with this Order.

IT IS SO ORDERED this 7th day of March, 2006.


                                                       /s/ Wm. R. Wilson, Jr.
                                                       UNITED STATES DISTRICT JUDGE